Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62726-CIV-UNGARO

FILED by HE D.C.
MAR 1 6 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA
  ex rel. RICHARDSON,

    Plaintiff,

v.

PAUL MELI, M.D., *et al.*,

    Defendants.
_____/

FILED UNDER SEAL

## NOTICE OF THE UNITED STATES THAT IT IS DECLINING TO INTERVENE

The United States hereby notifies the Court that it is declining to intervene in this case.

Although the United States is declining to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relator or any or all of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any

1

deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Complaint and this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal, except as previously ordered by the Court, because such papers are provided by law to the Court alone, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: March 16, 2015             Respectfully Submitted,

            WIFREDO A. FERRER
            UNITED STATES ATTORNEY

By: _/s/ Jessica E. Elliott_____
            JESSICA E. ELLIOTT
            Assistant United States Attorney
            Fla. Bar. No. 89021
            United States Attorney's Office
            99 N.E. 4th Street, 3rd Floor
            Miami, Florida 33132
            Tel: (305) 961-9335
            Fax: (305) 530-7139
            E-mail: jessica.elliott@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused to be filed the foregoing sealed document with the Clerk of Court on March 16, 2015. I also certify that the foregoing document is being served this day on all counsel of record identified in the service list below, via first class U.S. mail, postage prepaid.

*Jessica E. Elliott*
Jessica E. Elliott
Assistant United States Attorney

**SERVICE LIST**

Ronald S. Lowy, Esq.
Lowy and Cook, P.A.
501 NE First Ave., Suite 200
Miami, FL 33132
rlowy@lowypa.com
Conrad@lowypa.com
Elizabeth@lowypa.com