UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62726-CIV-UNGARO

UNITED STATES OF AMERICA
ex rel. RICHARDSON,

    Plaintiff,

v.

PAUL MELI, M.D., *et al.*,

    Defendants.
_____/

☐ SEALED
☑ NOT SEALED

FILED UNDER SEAL

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
____ years; ____ (specific date);
____ permanently; ____ (other).

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint be served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action shall remain under seal, except as previously ordered by the Court, and not be made public or served upon the Defendants, except for this Order and the Notice of the United States that it is declining to intervene, which the Relator will serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for

1

good cause, at any time;

     5. The parties shall serve all notices of appeal upon the United States;

     6. All orders of this Court will be sent to the United States; and that

     7. Should the Relator or any or all of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _18_ day of March 2015.

                        _/s/ Ursula Ungaro_
                        THE HONORABLE URSULA UNGARO
                        UNITED STATES DISTRICT JUDGE

Cc:

Jessica E. Elliott
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
E-mail: jessica.elliott@usdoj.gov

Ronald S. Lowy, Esq.
Lowy and Cook, P.A.
501 NE First Ave., Suite 200
Miami, FL 33132
Email: rlowy@lowypa.com
Conrad@lowypa.com
Elizabeth@lowypa.com